TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-07-00387-CV






In re The Gaylord Skinner Trust, Gaylord Skinner and Ricki Don Skinner







ORIGINAL PROCEEDING FROM TRAVIS COUNTY





O R D E R

 

 Relators, The Gaylord Skinner Trust, Gaylord Skinner and Ricki Don Skinner, filed
a petition for writ of mandamus and motion for emergency temporary relief on July 16, 2007. We
grant the motion to temporarily stay the June 29 order and request a response from the real parties
in interest, Nathan D. Minchey, et al., and Toll TX, LLP, to be filed ten days from the date of this
opinion.


 

 __________________________________________

 Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Filed: July 16, 2007